# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

FILED

Asheville

Sep 29 2021

U.S. District Court
Western District of N.C.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:43/o 1/22265"/"Y EO |
| | ) | |
| | ) | |
| | ) | |
| Daniel Glen Printz | ) | |

*Defendant(s)*

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 9, 2021 _____ in the county of _____ Rutherford _____ in the _____ Western _____ District of _____ North Carolina _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a person convicted in court of a crime punishable by a term of imprisonment exceeding one year |

This criminal complaint is based on these facts:
See Affidavit.

☒ Continued on the attached sheet.

_____
/S/ Travis L. Campbell
*Complainant's signature*

_____
Travis L. Campbell, ATF Special Agent
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: September 29, 2021

Date: 09/29/2021

City and state: _____ Asheville, North Carolina _____

_____
W. Carleton Metcalf
United States Magistrate Judge

_____
W. Carleton Metcalf, USMJ WDNC
*Printed name and title*

I, Special Agent Travis Campbell, being first duly sworn, hereby depose and state as follows:

<u>Introduction and Agent Background</u>

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), and a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing federal criminal laws and duly authorized by the Attorney General. I hold a bachelor's degree in Criminal Justice from Western Carolina University. I am a graduate of the Federal Law Enforcement Training Center (FLETC) and the ATF National Academy in Glynco, GA.

I have participated in numerous investigations related to illegal drug trafficking, the criminal possession and use of firearms, and among other things, have conducted or participated in surveillance, the execution of search warrants, debriefings of informants and reviews of taped conversations.

The statements contained in this Affidavit are based on information I have learned through my own investigation, experience, and background as a Special Agent and through that of other members of law enforcement. Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to establish that Daniel Glen PRINTZ was in violation of Title 18, United States Code, Section 922(g)(1) - possession of a firearm by someone who has been convicted in court of a crime punishable by imprisonment for a term exceeding one year. PRINTZ' violation occurred in Rutherford County in the Western Judicial District of North Carolina.

I am currently investigating the following individual: Daniel Glen PRINTZ (W/M, 10/24/62, SSN # XXX-74-8123) whose last known address is 125 Kiser Road, Bostic, NC, for violation of Title 18, United States Code, Section 922(g), among other crimes.

The information below is either personally known to your affiant or, as will be noted, has been provided by other law enforcement officers or named witnesses.

1. On September 9, 2021, officers from the Rutherford County Sheriff's Office executed a state search warrant at the residence of Daniel Glen PRINTZ, located at 125 Kiser Road, Bostic, North Carolina, which is within the Western District of North Carolina. The searching officers located and seized approximately 22 firearms from Mr. PRINTZ's residence.

2. Of the firearms seized, the following two were available for your affiant to physically examine on September 22, 2021:

   - A Smith & Wesson, model M&P-15, 5.56/.223 caliber rifle, with an obliterated serial number; and,

   - A LRB Arms (JV Precision Machine), model M15SA, 5.56 caliber rifle, with an obliterated serial number.

Your affiant determined that these two firearms are "firearms" as defined by Title 18, United States Code, Section 921(a)(3), and were not manufactured in the State of North Carolina.

Your affiant also determined that these two firearms are "firearms" as defined by Title 26, United States Code, Section 5845(a)(2), in that they both are rifles having barrels of less than 16 inches in length.

3. PRINTZ was arrested from the scene of the search warrant on state charges for felon in possession of firearms. Detectives interviewed PRINTZ's wife, Kathy Kilpatrick, who was also at the residence. Kilpatrick was asked specifically about the two aforementioned firearms, and she stated that they did not belong to her. PRINTZ and Kilpatrick are the only known occupants of the subject address.

4. Mr. PRINTZ has at least one prior felony conviction. Mr. PRINTZ was convicted of kidnapping and habitual offender on April 22, 1997 in the 6th Circuit Court of Oakland County Michigan, Case #96148962FC. Mr. PRINTZ was sentenced to 13-30 years' imprisonment for the kidnapping conviction.

Based on the foregoing information, your affiant believes that probable cause exists that Daniel Glen PRINTZ knowingly possessed a Smith & Wesson rifle and a LRB Arms rifle, further described above, on or about September 9, 2021, knowing that he had previously been convicted of a crime punishable for a term of imprisonment of at least one year, a violation of Title 18, U.S.C., Section 922(g)(1).

/S/Travis L. Campbell
Date: September 29, 2021
Special Agent,
Bureau of Alcohol, Tobacco, Firearms
And Explosives

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 29th day of September, 2021, at 9:16 AM.

Signed: September 29, 2021

W. Carleton Metcalf
United States Magistrate Judge