IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 1:21CR84 |
| ) | |
| v. ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM |
| **DANIEL GLEN PRINTZ** ) | |
| ) | |
| _____ ) | |

NOW COMES the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Daniel Glen Printz, W/M, DOB 10/24/1962, who is presently detained in the Rutherford County Jail, for his appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above captioned case Defendant shall be returned to the custody of Rutherford County Jail, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this 7th day of October, 2021.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

s/ Don D. Gast
Assistant United States Attorney
NC Bar No. 23801
100 Otis Street
Asheville, NC 28801
Telephone: 828-271-4661
Fax: 828-271-4670
E-mail: don.gast@usdoj.gov