UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED IN COURT
ASHEVILLE, NC

OCT 22 2021

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

United States of America
v.
Daniel Glen Printz
_Defendant_

Case No. 1:21CR84

## WAIVER OF DETENTION HEARING/CONTINUANCE REQUEST

I understand and acknowledge:

1. That the Government has requested that I be held without bond pending the outcome of my case.

2. That I have the right to a hearing on the Government's request and for the Court to determine whether I should be held without bond or released on conditions.

3. That at a detention hearing, I would have the right to be represented by counsel, confront the Government's evidence, and present my own evidence.

4. That if I waive my right to a detention hearing at this time, I will be held without bond pending further proceedings in my case, though I may still request a hearing at a later time.

5. That I have read this waiver form, or had it read to or translated for me, and that I understand it.

I have discussed these issues with my attorney and:

__✓__ I do not wish to have a detention hearing at this time and I consent to the entry of an order directing that I be held without bond pending further proceedings, while preserving my right to request a detention hearing in the future.

_____ I do not wish to have a detention hearing at this time and I consent to the entry of an order directing that I be held without bond pending further proceedings, while preserving my right to request a detention hearing in the future AND I waive my right to be present in court when this waiver is presented.

Date: 10/22/21

_Defendant's signature_

Date: 10/22/21

_Attorney's signature_