AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Daniel Glen Printz<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 1:21-CR-84-MOC-WCM<br>)<br>)<br>)<br>) |

FILED
ASHEVILLE, N.C.
OCT 28 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Daniel Glen Printz ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms.

Date: 10-5-2021

*Issuing officer's signature*

City and state: Asheville, NC

Frank G. Johns, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/06/2021 , and the person was arrested on *(date)* 10/19/2021
at *(city and state)* Asheville, NC .

Date: 10/20/2021

*Arresting officer's signature*

AJ Bryson / ASAUSM
*Printed name and title*

Case: 1:21-cr-00084-MOC-WCM  Document 4  Filed 10/05/2021  Page 1 of 1