UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cr-84-MOC-WCM-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DANIEL GLEN PRINTZ,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss without Prejudice the Superseding Bill on Indictment in this case. (Doc. No. 27).

In support, the Government has submitted the following:

1. A federal grand jury originally indicted the Defendant on October 5, 2021 (Doc. #3) and then superseded on December 7, 2021 (Doc. #18).

2. While these charges were pending, the Defendant was moved to the District of South Carolina to face charges for kidnapping resulting in death in DSC-6:22CR494.

3. On June 21, 2022, the Defendant pleaded guilty to that charge in the District of South Carolina and thereafter was sentenced to life imprisonment.

4. One of the terms of the plea agreement negotiated by the United States Attorney in the District of South Carolina was that the Government would dismiss the charges in the above-captioned matter.

The Government states that Defendant has complied with the terms of his guilty plea in the District of South Carolina and has been sentenced to life imprisonment. The Government therefore

requests that the Court dismiss the charges pending in this district without prejudice pursuant to the plea agreement.

The Motion to Dismiss Without Prejudice, (Doc. No. 27), is **GRANTED**.

Signed: July 13, 2022

Max O. Cogburn Jr
United States District Judge